UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ZACHARY VINCE GREER,

    Petitioner,

v.                                      Case No. 3:24cv390-TKW-MAF

SECRETARY, DEPARTMENT
OF CORRECTIONS, STATE
OF FLORIDA,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's §2254 habeas petition was timely filed. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 11) is **DENIED**.

3. Respondent has 60 days from the date of this Order to respond to the habeas petition.

4.  Petitioner may file a reply no later than 30 days after the response is filed.

5.  This case is returned to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 28th day of March, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**